UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOSHUA RODRIGUEZ,
703 Leroy Road
Syracuse, NY 13212

                Plaintiff,

v.

PENSKE TRUCK LEASING CORPORATION,
2675 Morgantown Road
Reading, PA 19603

                Defendant.

**STIPULATION OF DISMISSAL**

Civil Action No. 5:23-CV-1181

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, their representatives, and attorneys of record for the parties in connection with this matter, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above action, including any and all claims and cross-claims, be, and the same hereby is, discontinued with prejudice and without cost to any party as against the other.

**FURTHER**, this Stipulation may be filed without further notice of the Clerk of the Court.

DATED:    Buffalo, New York
                November 1, 2024

_____
Anthony R. Martoccia, Esq.
The Stanley Law Offices, LLP
*Attorneys for Plaintiff*
215 Burnet Ave.
Syracuse, New York 13203

_____
Robert J. Mullins, II, Esq.
BENNETT SCHECHTER
ARCURI & WILL LLP
*Attorneys for Defendant*
PENSKE TRUCT LEASING CORPORATION
701 Seneca Street, Suite 609
Buffalo, New York 14210
(716) 242-8106

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: November 8, 2024